BRUCE A. HARLAND, Bar No. 230477
WILLIAM T. HANLEY, Bar No. 327126
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
Telephone  (213) 380-2344
Fax  (213) 443-5098
E-Mail:  bharland@unioncounsel.net
              whanley@unioncounsel.net

*Attorneys for Intervenor*
*SEIU, United Healthcare Workers-West*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL H. COFFMAN,<br><br>               Petitioner,<br><br>   v.<br><br>SATELLITE HEALTHCARE, INC.,<br><br>               Respondent,<br><br>   v.<br><br>SEIU, UNITED HEALTHCARE WORKERS-WEST,<br><br>               Intervenor. | No. 3:24-CV-07424-RFL<br><br>**[PROPOSED] ORDER GRANTING SEIU UNITED HEALTHCARE WORKERS-WEST'S MOTION TO INTERVENE**<br><br><br><br><br>Date:       December 10, 2024<br>Time:      10:00 a.m.<br>Courtroom: 15<br>Judge:     Hon. Rita F. Lin |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

1

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE
Case No. 3:24-CV-07424-RFL

## [PROPOSED] ORDER GRANTING SEIU UNITED HEALTHCARE WORKERS-WEST'S MOTION TO INTERVENE

This matter came before the Court on SEIU-United Healthcare Workers-West's ("SEIU-UHW") motion to intervene, or in the alternative, to participate as amicus curiae. The Court has reviewed the parties' briefing on the motion. Being fully advised on the matter, the Court hereby rules as follows.

SEIU-UHW's motion to intervene is GRANTED.

Or

SEIU-UHW's request for leave to participate as amicus curiae is GRANTED. The motion to intervene is DENIED.

**IT IS SO ORDERED.**

DATED: _____            _____
                                 HONORABLE JUDGE RITA F. LINA
                                 UNITED STATES DISTRICT JUDGE

159789\1515863

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

2

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE
Case No. 3:24-CV-07424-RFL